**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover                          Date: December 17, 2010
Court Reporter:     Tracy Weir
Interpreter:          Ronita Hajn
Criminal Action No.  10-cr-00530-MSK

_Parties_:                                            _Counsel Appearing:_

UNITED STATES OF AMERICA,                        Guy Till

       Plaintiff,

v.

MING YIN DENG, and                               Jeralyn Meritt
WU MEI MO,                                       Scott Reisch

       Defendants.

---

## COURTROOM MINUTES

---

HEARING:     Motions

**4:09 p.m.       Court in session.**

Defendants present on bond.

Interpreter sworn.

The Court addresses Defendants Joint Motion to Declare Case Complex (**Doc. #37**)

Argument by Ms. Merritt.  The Government has no objection.

The Court made specific oral findings justifying a continuance of the trial, which findings are
incorporated herein.

**ORDER:**       The ends of justice served by the granting of such continuance outweigh the best
                interests of the public and the defendant in a speedy trial.  Defendant's Joint

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Motion to Declare Case Complex (**Doc. #37**) is **GRANTED**.  The Trial scheduled on **December 20, 2010 at 1:00 p.m. is VACATED** and continued to **September 19, 2011, at 1:00 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**   Pretrial motions will be filed on  **May 16, 2011**.  Governments responses will be filed within 20 days.  Motions hearing on non-evidentiary motions is set **June 29, 2011 at 9:00 a.m,** in Courtroom A901 19th Street, Denver, CO.

The Court addresses  Government's Motion for Order Regarding Criminal Forfeiture of Property (**Doc. #38**)

**ORDER:**   Government's Motion for Order Regarding Criminal Forfeiture of Property (**Doc. #38**) is **GRANTED.**

The Court addresses Government's Unopposed Motion for Protective Order Regarding *Jencks* Act Material (**Doc. #40**)

**ORDER:**   Government's Unopposed Motion for Protective Order Regarding *Jencks* Act Material (**Doc. #40**) is **GRANTED.**

**4:21 p.m.**      **Court in recess.**

**Total Time:    12 minutes.**
**Hearing concluded.**