**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover                Date: July 27, 2011
Court Reporter:   Paul Zuckerman
Interpreter:      Rose Yan

Criminal Action No. 10-cr-00530-MSK

*Parties*:                                       *Counsel Appearing:*

UNITED STATES OF AMERICA,                        Guy Till

       Plaintiff,

v.

WU MEI MO,                                       Scott Reisch

       Defendant.

---

**COURTROOM MINUTES**

---

HEARING:   Motions

**2:14 p.m.   Court in session.**

Defendant present on bond.

Interpreter sworn.

The Court addresses Defendant's Motion to Suppress Search and to Dismiss Counts 2 and 3 **(Doc. #70).**

**ORDER:**   Suppression Hearing is set on **October 26, 2011 at 9:00 a.m.,** in Courtroom A901, 901 19th Street, Denver, CO. At the conclusion of this hearing, the trial will be set.

The Court addresses Defendant's Motion for Disclosure of Confidential Informant **(Doc. #71).**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

Argument.

**ORDER:**   Defendant's Motion for Disclosure of Confidential Informant **(Doc. #71)** is **DENIED** with leave to renew.  Defendant will re-file the motion by **August 10, 2011**.  The Court directs The Government to find out who the confidential informant is.

The Court addresses Defendant's Motion for Disclosure of Rule 404(b) Evidence **(Doc. #72)**

Argument.

**ORDER:**   Defendant's Motion for Disclosure of Rule 404(b) Evidence **(Doc. #72)** is **GRANTED.**

 The Court addresses  Defendant's Motion for Discovery of Wiretaps **(Doc. #73)**.

**ORDER:**   Defendant's Motion for Discovery of Wiretaps **(Doc. #73)** is **WITHDRAWN.**

The Court addresses Defendant's Motion to Continue Trial Extension of Time to File Motions **(Doc. #75)**

**ORDER:**   Defendant's Motion to Continue Trial Extension of Time to File Motions **(Doc. #75)** is **DENIED as moot.**

The Court addresses Defendant's Motion to Preserve Notes **(Doc. #76)**.

Argument.

**ORDER:**   Defendant's Motion to Preserve Notes **(Doc. #76)** is **GRANTED** pursuant to the parties' agreement.

The Court addresses Defendant's Motion for Discovery of Jencks Act Materials **(Doc. #77)**.

Argument.

**ORDER:**   Defendant's Motion for Discovery of Jencks Act Materials **(Doc. #77)** is **GRANTED.**  The Government will disclose the Jencks Act Materials  30 days prior to trial.  If there are any materials that are generated after that date, they will be turned over to defendant within 48 hours.

The Court addresses Defendant's Motion for Discovery **(Doc. #78).**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

Argument.

**ORDER:**   Defendant's Motion for Discovery **(Doc. #78)** is **GRANTED** with the opportunity for the Government to seek reconsideration by way of motion as to specific items that it cannot produce, which will be filed by **August 27, 2011**.

The Court addresses Defendant's Motion for Disclosure of Experts **(Doc. #79)**.

**ORDER:**   Defendant's Motion for Disclosure of Experts **(Doc. #79)** is **GRANTED**.  The Government will provide it's Rule 16 Disclosures that are in compliance with Rule 702 by **August 26, 2011.**  The defendant will disclose the same information by **September 30, 2011** and the parties will file the joint 702 motion on or before **October 14, 2011.**

The Court addresses Defendant's Motion for Disclosure of Grand Jury transcripts **(Doc. #80)**

**ORDER:**   Defendant's Motion for Disclosure of Grand Jury transcripts **(Doc. #80)** is **DENIED.**

The Court addresses  Defendant's Motion for Discovery (Case Specific) **(Doc. #82)**.

**ORDER:**   Defendant's Motion for Discovery (Case Specific) **(Doc. #82)** is **GRANTED** subject to the parties' agreement, including the opportunity for defendant to file a new motion if there is information that is not turned over that has been agreed to.

The Court addresses Defendant's Motion for Leave to File Untimely Motion **(Doc. #84)**.

**ORDER:**   Defendant's Motion for Leave to File Untimely Motion **(Doc. #84)** is **GRANTED.**

 The Court addresses Defendant's Motion to Produce *Bruton* and *James* Materials **(Doc. #85)**

**ORDER:**   Defendant's Motion to Produce *Bruton* and *James* Materials **(Doc. #85)** is **GRANTED.**  The Government will tender the *James* proffer to defendant by **September 30, 2011**; defendant's objections will be documented and the *James* proffer filed with the Court by **October 7, 2011**.

Courtroom Minutes
Judge Marcia S. Krieger
Page 4

**ORDER:**   Bond is continued.

**3:07 p.m.**   **Court in recess.**

**Total Time:   53  minutes.**
**Hearing concluded.**