IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00530-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    MING YIN DENG,
      a/k/a Ming Lin Deng,
      a/k/a Mingyin Deng;
**2.    WU MEI MO,**
      **a/k/a Wumei Mo,**

      Defendants.

---

## ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#107)** on August 3, 2011, by Defendant.  The Court construes this Notice as a motion to change

his/her plea and to have the Court consider the terms of the parties' plea agreement.

      **IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

pending determination of those matters.

2.    A Change of Plea hearing is set for **September 13, 2011,** at **11:00 a.m.** and a

Sentencing hearing is set for **December 12, 2011,** at **1:30 p.m.** in the United

States District Court for the District of Colorado, Courtroom A901, Alfred A.

Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

DATED this 5th day of August, 2011.

BY THE COURT:

Marcia S. Krieger
United States District Judge

---

[1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*