## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:  May 18, 2012 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Susan Heckman | |
| Interpreter: | Rose Yan | |

Criminal Action No. 10-cr-00530-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Guy Till |
| Plaintiff, | |
| v. | |
| WU MEI MO, | Scott Reisch |
| Defendant. | |

_____

## SENTENCING MINUTES
_____

**10:22 a.m.**     **Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on September 13, 2011.  Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure **(Doc. #146)**. Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a) **(Doc. #148).**  Argument.

Allocution. - Statements made by:  The Government, defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Downward Departure **(Doc. #146) is GRANTED.**

**ORDER:** Defendant's Motion for Non-Guideline Sentence **(Doc. #148)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of her right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**ORDER:** Bond is exonerated.

**10:42 a.m.** **Court in recess.**

Total Time: 20 minutes.
Hearing concluded.